1

**LINDA CAROL LIDDICOAT**
2  **P.O. BOX 20043**
3  **MESA, ARIZONA 85277**
   PHONE: 480-325-0225
4  EMAIL: LCLiddicoat@aol.com

FILED

2009 NOV -2 AM 9: 05

CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

5

6            *IN THE UNITED STATES BANKRUPTCY COURT*

7               *FOR THE DISTRICT OF ARIZONA*

8

9  LINDA C LIDDICOAT,            Case No.: BK-24097-SSC

10          **DEBTOR**

11

12                              MOTION TO LEAVE REAL
                                ESTATE PROPERTY OF THE
13                              DEBTOR IN HER ESTATE AND
                                CREDITOR DELIVER
14                              PROPERTY FREE AND CLEAR
                                OF ALL LIENS AND
15                              MORTGAGES TO THE DEBTOR
16                              WITH PROPER DEED OF
17                              TRUST FILED.

18

19 FEDERAL HOME LOAN MORTGAGE

20 CORP. AKA FREDDIE MAC    **TO; THE HONORABLE JUDGE**
21                              *SARAH SHARER Curley*

22

23    FEDERAL HOME LOAN MORTGAGE CORPORATION DOES NOT

24 **OWN** THE PROPERTY OF THE DEBTOR, LINDA C. LIDDICOAT, AT

25 5357 EAST LINDSTROM LANE, MESA, ARIZONA 85215. (SEE

26 EXHIBIT A) (THE FORGED COPY OF THE DEED OF **TRUST**. IT

27 WAS RECORDED ON NOVEMBER 30, 2006.) AT THE MARICOPA

DEBTORS FREE CLAIM TO HER HOME - 1

COUNTY RECORDERS OFFICE.) ALSO SEE (SEE EXHIBIT B.) **LETTER FROM THE OFFICE OF JAN BREWER, WHEN SHE WAS SECRETARY OF STATE FOR THE STATE OF ARIZONA.)** THE FORGED DEED OF TRUST WAS TURNED OVER TO THE ARIZONA ATTORNEY GENERALS OFFICE, WHO MADE THE FINAL DECESSION RULING. **IT WAS A FORGERY.**

*IF ANYONE IS NOT LEGALLY BLIND, EXAMINING THE* DEED (PAGE 3) AND THE SIGNATURES, ONE CAN TELL THAT LINDA LIDDICOAT DID NOT SIGN THE DEED ABOVE THE NOTARY SEAL.

  FURTHERMORE, THERE WAS/IS **NO NOTE OR neither MORTGAGE THAT EXISTS ON THE PROPERTY OF LINDA C. LIDDICOATS AT 5357 E. LINDSTROM LANE NOR** CAN ONE BE PRODUCED SHOWING LINDA C. LIDDICOATS SIGNATURE ON THEM.

**PRODUCE THE NOTE AND MORTGAGE. AS BEEN REQUIRED BY EVERY FEDARAL COURT IN AMERICA! WHERE CASES LIKE THE DEBTOR (WITH THE EXCEPTION OF THE FRAUD AND THE FILING OF A SECOND FORECLOSURE IN AN ATTEMPT TO HIDE THE FORGED DEED) AND NOT HAVE TO PRODUCE ANY NOTE OR MORTGAGE ON SAID PROPERTY WAS THROWN OUT AND RULED IN FAVOR OF THE PROPERTY OWNERS.**

**SEE EXHIBIT C)**

**ATTORNEYS WILL CLAIM THAT THEY DO NOT HAVE TO PRODUCE ANY NOTE OR MORTGAGE IN ORDER TO OBTAIN A FORECLOSURE, THAT A FORGED DEED OF TRUST IS ENOUGH. THE STEAKS ARE TOO HIGH, OFFERED BY THE LENDING INSTITUTIONS. BOTH LAW FIRMS HAVE COMMITTED FRAUD, AND THEIR CLIENTS ARE LEGALLY LIBAL. FOR $1,000,000.00 EACH PAID TO LINDA LIDDICOAT. IF PAID WITHIN 30 DAYS.**

**THE FIRST FORECLOSURE WAS CARRIED OUT IN THE SUPERIOR COURT OF ARIZONA, EVEN THOUGH I STRONGLY OBJECTED AND ADVICED THE COURT THAT THE DEED OF TRUST WAS A FORGERY, TO NO AVAIL.**

THE FORECLOSURE CARRIED OUT BY THE LAW FIRM OF TIFFANY & BOSCO, JUST AS THE PRIOR ONE IS/WAS ILLEGAL.

WASHINGTON MUTUAL BANK OWNED THE SO CALLED DEED, AND WHEN THEY FILED BANKRUPTCY ON SEPTEMBER 26, 2008, AFTER THE BANK EXAMINERS SOLD 38 BILLION DOLLARS OF THEIR ASSETS TO JP MORGAN/CHASE BANK FOR 1.9 BILLION DOLLARS IN TOXIC WASTE NOTES ON SEPTEMBER 25, 2008. WASHINGTON MUTUAL FILED A LAW SUIT AGAINST JP MORGAN/CHASE BANK ON THE 26

OF SEPTEMBER, 2008. J.P MORGAN SOLD THE DEED TO FREEDIE MACK/FEDERAL HOME LOAN MORTGAGE CORP. IN TURN THEY HIRED THE LAW FIRM OF T & B, TO FILE THE SECOND FORECLOSURE THEREBY MAKING THE FORGED DEED TO FREDDIE MAC ILLEGAL, **A CASE OF FRAUD.** (SEE EXHIBIT D)

1  ALL THE MAJOR BANKS, BROKAGE HOUSES, MORTGAGE
2  COMPANIES JOINED TOGETHER AND PUT OUT A <u>WANTED</u>
3  <u>POSTER</u> FOR ALL, ANY LAWYERS, OR FIRMS THAT WAS
4  WILLING TO DO WHATEVER IT TAKES TO SEE THAT
5  FORECLOSERS ARE OBTAINED AGAINST THE OWNERS.
6  THEIR OFFER WAS WINNING, WE PAY MORE.

7  MY TITLE INSURANCE POLICY  COMPANY  LAWYERS
8  TITLE INSURANCE, (WHOM THE HOMEOWNER PAID FOR)
9  WHEN THEY WERE INFORMED THAT THE TITLE COMPANY
10  HAD MADE A NUMBER OF MISTAKES DURING THE ESCROW
11  OF NOVEMBER 30,2006. THAT THE NOTE HAD BEEN SOLD
12  TO WASHINGTON MUTUAL BANK.

13  QUICKLY, THE LAWYERS TITLE INSURANCE COMPANY
14  WENT TO WASHINGTON MUTUAL, WAMU BANK AND SAID
15  WE WILL HIRE AND PAY YOUR LEGAL FEES. WE HAVE THE
16  PERFECT LAW FIRM; THAT HAS VERY STRONG TIES WITH
17  THE SUPERIOR COURT JUDGES TO THE POINT THEY CAN
18  TWIST THE RULES. WIN, WIN AND THAT IS CHEAPER
19  THAN US HAVING TO PAY THE $196,000.00.

20  <u>NOTE</u>

21  THE HOMEOWNER HAD STOPPED PAYING THE MORTGAGE
22  IN JUNE OF 2007 WHEN SHE WAS INFORMED OF ALL THE
23  MISTAKES MADE BY THE TITLE COMPANY AND WAS TOLD
24  BY ONE OF THE MOST REPUTABLE TITLE INSURANCE
25  COMPANIES THAT THE TITLE INSURANCE POLICY FROM

LAWYERS TITLE INSURANCE CORP WAS LEGALLY RESPONSIBLE FOR THE $196,000.00 DEBT.

THE BANK AND THE TITLE INSURANCE COMPANY BELIEVED THAT THE FORGED DEED OF TRUST WILL THEN BE A GOOD DEED OF TRUST. HOWEVER, WE CANNOT GET THE HOMEOWNER TO SIGN A NOTE OR MORTGAGE.

EVERY PERSON THAT HAS PURCHASED A HOME, LINDER FINANCED, HAS HAD TO PURCHASE TITLE INSURANCE TO PROTECT THE LENDER IN CASE THERE ARE ANY ERRORS, MISTAKES MADE BY THE TITLE COMPANY. <u>NO EXCEPTION</u>.

NO LAWYER, LAWFIRM WOULD TAKE ON A CASE INVOLVING REAL ESTATE WITHOUT FIRST ORDERING A TITLE SEARCH. TO DO OTHERWISE IS IGNORANT ON THEIR PART.

THEN ALONG CAME <u>JANE</u>--- TIFFANY & BOSCO WHO ON BEHALF OF FEDERAL HOME LOAN MORTGAGE CORP., FILED A SECOND FORECLOSURE, (<u>SEE EXHIBIT E</u> SECOND FORECLOSURE) WITHOUT EVEN NOTIFICATION TO THE HOMEOWNER OF THEIR INTENT.

THE FIRST THAT THE HOMEOWNER, LINDA C. LIDDICOAT HEARD ABOUT THE FORECLOSURE WAS WHEN TIFFANY AND BOSCO SENT LINDA C. LIDDICOAT A LETTER OFFERING HER $5,000.00 IF SHE WOULD MOVE OUT OF HER HOME. CLAIMING IT WAS NOW OWNED BY FEDERAL HOME LOAN MORTGAGE CORP.

1   DALE WHEELER IS NOW WORKING ON A LAW SUIT
2   AGAINST THE EXECUTIVES ALL OF FREDDIE MAC AND
3   FEDERAL HOME LOAN MORTGAGE COROPRATION. ALL OF
4   THE EXECUTIVES SINCE 2006, EACH OF THEM WILL BE
5   CHARGED WITH RACKETEERING, TREASON, ACTIONS THAT
6   DISPUTED WORLD ECONOMY AND ATTEMPTED TO
7   DESTORY U.S. SYSTEM ECONOMY SYSTEM OF UNITED
8   STATES GOVERNMENT, MISMANAGEMENT, LACK OF
9   PROPER PERFORMANCE OF THEIR JOBS, NEGLIGENCE,
10  INDIFFERENCE, DISREGARD OF THE WELL FARE OF THE
11  COMPANY THAT PAID THEM SO WELL, AND OF LACK
12  PERFORMANCE,ABUSE MISUSE OF COMPANY FUNDS,ETC.
13  THE SEC REPORTS, CONGRESSIONAL HEARINGS AND A
14  LARGE COLLECTION OF NEWS ARTICLES LAYS OUT A
15  CLEAR CASE OF FRAUD.  EACH OF THE EXECUTIVES AND
16  BOARD MEMBERS HE WILL BE ASKING FOR
17  $50,000,000.00 EACH AND THE SAME AMOUNT FROM
18  TIFFANY & BOSCO LAW FIRM.

19  DALE WHEELER INTENDS TO ASK THE FEDERAL COURT
20  FOR AN ORDER THAT FREDDIE MAC, FANNIE MAC AND
21  FEDERAL HOME LOAN MORTGAGE CORPORATION TO
22  PRODUCE ALL OF THE RECORDS OF EVERY FORECLOSURE
23  AND THE RECORDS OF EVERY LAW FIRM RECORDS THAT
24  REPRESENTED PAST FORECLOSURES.

25  WHEELER HAS SET UP A WEB SITE; gooma.com/dale and
26  is picking up luxury homes all across America. He carefully
27  reviews all the loan documents and if they fit into the

requirements, HE HAS OUTLINED, and then he is getting grant deeds or warranty deeds from the homeowners. FROM THERE HE WILL FILE LAW SUITS.

DUE TO THE ABOVE INFORMATION AND THE ATTACHED EXHIBITS, THE DEBTOR, LINDA C. LIDDICOAT HAS ESTABLISHED MORE THAN A REASONABLE DOUBT. REQUESTING THAT THE TRUSTEE AND JUDGE DOES NOT ALLOW HER HOME, THAT SHE OWNS FREE AND CLEAR TO BE REMOVED AS ASSETS OF HER ESTATE.

I HAVE HAD TO DEAL WITH THREATS, FEAR, HEART ATTACK, HAVE BECOME A NERVOUS WREAK AND I WANT THIS NIGHTMARE TO END.

MY HOME AT 5357 E. LINDSTROM LANE, MESA, AZ. 85215 BELONGS TO ME FREE AND CLEAR. NO DEBTS OR LIENS ON MY HOME AND A CLEAR AND FREE TITLE.  IF ANYONE CAN COME FORWARD WITH PROOF, DOCUMENTS THEN PLEASE STEP FOREWARD.

NO ONE HAS THE RIGHT TO ATTACK ANOTHER PERSON WITH ONLY A FORGED DEED. THEY DO NOT HAVE THE RIGHT TO FILE FORECLOSURE ACTION(S) AGAINST THEM WITHOUT PROOF, A LEGALLY EXCITED NOTE AND MORTGAGE. TO CONTINUALLY ATTEMPT TO FORCE THEM OUT OF THEIR HOME.

ON THE DAY OF JULY 23, 2009 THE SHERIFF OF MARICOPA COUNTY AND THE REALTOR SHOWED UP AT MY HOME, WHILE I WAS IN THE HOSPITAL AND CHANGED ALL

MY LOCKS TO CHEAP ONES AND STARTED PACKING AND MOVING OUR PERSONAL PROPERTY OUT OF THE HOUSE.

DALE WHEELER RUSHED TO THE HOSPITAL AND PICKED ME UP, STILL WITH IV'S IN MY ARMS AND BATHROBE ON WE WENT DOWN TO THE FEDERAL BANKRUPTCY COURT TO FILE THE BANKRUPTCY DOCUMENTS. SHERIFF DAVE CALLED THE CLERK WHILE WE WERE THERE AND WAS GIVEN THE CASE NUMBER BY THE CLERK.

TO THIS DAY I HAVE STILL NOT BEEN ABLE TO HIRE ANYONE TO UNPACK THE BOXES OR HAVE THE IPOD RETURNED AND UNLOADED, FOR EVEN NOW I LIVE IN CONSTANT FEAR.

I STRONGLY FEEL THAT THE LAW FIRM OF TIFFANYAND BOSCO, OWES ME COST OF HAVING A PROFESSIONAL FIRM TO UNPACK MY BELONGINGS AND RESTORE THE CHEAP LOCKS THEY INSTALLED ON MY HOME WHERE OVER HALF OF THEM DO NOT WORK WITH THE SAME LOCKS. IT IS ESTIMITATED THAT IT WILL COST OVER $10,000.00 AND THAT IS IF NOTHING IS MISSING OR DAMAGED.

THE FEDERAL HOME LOAN MORTGAGE CORP AND ITS EXECUTIVES AND THE LAWYERS BE REQUIRED TO PAY LINDA C. LIDDICOAT $1,000,000.00 AND IF NOT PAID WITHIN 24 HOURS TO BE INCREASED BY 2 MILLION DOLLARS DAILY UNTIL PAID. WITH THE COURT ISSUSING JUDGEMENTS AGAINST THEM. THIS WILL MAKE LAWYERS

THINK TWICE ABOUT THEIR <u>GREED</u> GETTING IN THE WAY
OF JUSTICE.  WHAT RIGHT AND WRONG TRULLY MEANS.

I WOULD BE MORE THAN HAPPY TO SUPPLY THE COURT
WITH MEDICAL RECORDS, LAYING OUT A LARGE
IST OF MY MEDICAL PROBLEMS AND ALL THE
MEDICATIONS THAT I AM FORCED TO LIVE ON DAILY.

I STARTED EMAILS EXCHANGES WITH MICHAEL MOORE
AND HAVE A FRIEND SETTING UP A WEB SITE PUTTING
ALL THESE DOCUMENTS ON THE INTERNET WEB SITE FOR
ME.

THE JUDGE ONCE ASK ME IF I FELT ANY OBLIGATION TO
PAY THE MORTGAGE COMPANY THE $196,000.00!  MY
ANSWER IS THAT I HAVE PAID THE LENDERS WHEN I
PURCHASED A TITLE INSURANCE POLICY AND PAID FOR
IT. AFTER ALL ISN,T THAT WHY WE BUY TITLE
INSURANCE?

I SWEAR UNDER PENALTY OF PREJURY THAT EVERY
WORD IN THIS DOCUENT IS TRUE AND CORRECT TO THE
BEST OF MY KNOWLEDGE.

DATED THIS **Thursday, October 31, 2009**

_Linda C. Liddicoat_ **LINDA C. LIDDICOAT**

COPY OF FORGED DEED

OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL
20061564833  11/30/2006  10:59
ELECTRONIC RECORDING

6101775-16-2-2--
Hoyp

Premier Title Group

This Instrument Was Prepared By:
MONTAG, SUNSHINE
SIERRA PACIFIC MORTGAGE SERVICES, INC. (FN)
2256 EAST CAMELBACK ROAD, SUITE 415
PHOENIX, AZ  85016
602 889 1103
When Recorded Mail To:
MIP INSURING DEPARTMENT
SIERRA PACIFIC MORTGAGE SERVICES, INC. (FN)
50 IRON POINT CIRCLE, STE 200
FOLSOM, CA  95630
916-932-1700

[Space Above This Line For Recording Data]

Loan No:     0000429579
Parcel ID No.:  141-80-300

2/26181-770   DEED OF TRUST   MIN: 1000703-0000429579 3



DEFINITIONS
Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

(A) "Security Instrument" means this document, which is dated    NOVEMBER 21, 2006
together with all Riders to this document.
(B) "Borrower" is    LINDA C. LINDSTROM, A WIDOW

Borrower is the trustor under this Security Instrument. Borrower's mailing address is
5357 EAST LINDSTROM LANE, MESA, AZ 85215

(C) "Lender" is    SIERRA PACIFIC MORTGAGE SERVICES, INC.  (FN)

Lender is a    CORPORATION    organized and existing under the laws of   CALIFORNIA
Lender's mailing address is    50 IRON POINT CIRCLE, STE 200, FOLSOM, CA  95630

ARIZONA--Single Family--Fannie Mae/Freddie Mac UNIFORM INSTRUMENT with MERS Form 3003    3/01 (Rev 6/02)
DRAW.MERS-AZ.CVL.DT 1.WPF (0104/DOCS/DEEDS/AZ/AZ_MERS.CVI)    (page 1 of 13 pages)

16

20061564833

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Security Instrument and in any Rider executed by Borrower and recorded with it.

_Linda C. Liddicoat_ (Seal)
LINDA C. LIDDICOAT -Borrower

_____ (Seal)
-Borrower

_____ (Seal)
-Borrower

_____ (Seal)
-Borrower

_____ (Seal)
-Borrower

_____ (Seal)
-Borrower

Loan No: 0000429579

STATE OF ARIZONA,                    COUNTY ss MARICOPA

The foregoing instrument was acknowledged before me this    11/22/06    by

LINDA   C.   LIDDICOAT

_Joseph S. Cornacchio_

My Commission Expires:  1/21/09        (Notary Public)

JOSEPH S. CORNACCHIO
Notary Public - Arizona
Maricopa County
My Comm. Expires Jan 21, 2009

ARIZONA--Single Family--Fannie Mae/Freddie Mac UNIFORM INSTRUMENT with MERS Form 3003        1/01 (Rev 6/02)
DRAW.MERS.AZ.CVL.DT.13 WFF (0181DOCS\DEEDS\CVL\AZ_MERS.CVL)                (page 13 of 13 pages)

# EXHIBIT B

# LETTER FROM THE SECERTARY OF STATE AND THE ARIZONA ATTORNEY GENERALS OFFICE REGARDING THE FORGED DEED.

**THIS WAS THE ONLY DOCUMENT THAT THE LAW FIRM HAD AND USED TO GET THE SUPERIOR COURT JUDGE TO GRANT THE FORECLOSURE. WE OBJECTED AND GOT NO WHERE**



# JAN BREWER
## SECRETARY OF STATE
### STATE OF ARIZONA

November 30, 2007

Linda C. Liddicoat
P.O. Box 20043
Mesa, Arizona 85277-0043

Re:     Joseph S. Odishoo, Notary Public Commission

Dear Ms. Liddicoat:

Pursuant to A.R.S. § 41-331, the Attorney General's Office("AGO") has completed its investigation into the complaint brought against Joseph S. Odishoo ("Notary") by you, Linda C. Liddicoat ("Complainants"). The Complainant alleges that the Notary notarized a Deed of Trust ("Deed") on November 22, 2006, after hand-writing the Complainant's name in the notarial certificate on the Deed.

A.      **The Notary Did Not Respond to the Complaint.**

A notary is required to respond to an Attorney General's Office investigation about his notarial services. A.R.S. § 41-331. He must also maintain a journal and produce a copy if requested. A.R.S. § 41-319(A).   The Notary failed to respond in writing to two (2) investigation letters we issued to him by certified mail, and he did not provide us a copy of his journal. He has failed to meet the standards of the notary laws, thereby providing grounds to revoke.

B.      **The Notary Failed to Update Contact Information.**

A notary is required to update his contact information with the Secretary within thirty (30) days of changing his address. A.R.S. § 41-323. If a notary does not update his contact information, he has failed fully and faithfully to discharge his duties and may be liable for civil penalties. *Id.*

The AGO issued two (2) certified letters to the Notary at his residential and employment addresses, respectively, on record with the Secretary. The U. S. Postal Service returned the letters marked: "ATTEMPTED NOT KNOWN – UNABLE TO FORWARD"; and "NOT DELIVERABLE AS ADDRESSED UNABLE TO FORWARD." It may be presumed that the addresses on file with the Secretary were incorrect and that the Notary has not updated his contact information. He has failed to meet the standards of the law.

C.      **The Notarial Certificate is Deficient.**

Every notarized document must include a notarial certificate.  A.R.S. § 41-311(1).  The notarial certificate must contain either a jurat (A.R.S. § 41-311(6); Notary Public Reference Manual ["Manual"] ¶¶ 208 &221) or an acknowledgment (A.R.S. § 41-311(1); Manual ¶ 218) that bears appropriate language.

**State Capitol:** 1700 W. Washington Street, 7th Floor
Phoenix, Arizona 85007-2888
Telephone (602) 542-6187 Fax (602) 542-4366

*Exhibit 2*

¶¶ 208 & 221) or an acknowledgment (A.R.S. § 41-311(1); Manual ¶ 218) that bears appropriate language. It must also include the notary's signature and seal and state the facts attested to by the notary. A.R.S. § 41-311(1) & (8); Manual ¶ 218. Additionally, it must include the venue (A.R.S. § 33-501 et seq; Manual, pg 8 ¶ to pg 9 ¶ 220) and note the expiration date of the Notary's commission. A.R.S. § 41-313(B).

The notarial certificate in this instance is an acknowledgment, for it contains the words "foregoing instrument was acknowledged before me." It contains most the requisite elements. However, unless the statement "BY SIGNING BELOW" at the top of the page is understood as a statement of facts, it is missing a statements of facts. The handwritten name "LINDA C. LIDDICOTA" appears in the acknowledgment statement, but the statutes do not preclude a signer's handwritten name in that location. In not including a statement of facts, the Notary has failed to meet the standards of the law.

### D.    Conclusion

The Secretary possesses special knowledge and expertise in interpreting the notary statutes and believes that the definitions, requirements (i.e. oath & bond) and duties outlined in A.R.S. § 41-311 through A.R.S. § 41-332 are standards to which each notary must comply.

The Secretary believes that in addition to the specific offenses outlined by the Arizona legislature which would warrant action against a notary's commission, in cases where there is substantial evidence that the notary's actions fail to meet the standards described in the notary statutes, the Secretary has grounds to refuse, revoke or suspend a notary's commission for "failure to discharge fully and faithfully any of the duties or responsibilities required of a notary public." A.R.S. § 41-330(A)(4).

Therefore, the Secretary of State has determined to revoke the commission of the notary effective immediately. The revocation is based on the following violations of notary law:

1.   Failure to respond to an AGO investigation. A.R.S. § 41-313(B)(4)
2.   Failure to provide a copy of journal as requested. A.R.S. § 41-319(A) & (F) & 41-313(B)(1).
3.   Failure to fully and faithfully discharge the duties of a notary public. A.R.S. §§ 41-330(A)(4) & 41-331(B).

The Notary has a right to request an evidentiary hearing pursuant to A.R.S.§41-1092.03 by filing a written notice of appeal with the Office of the Arizona Secretary of State within thirty (30) days of receipt of this notice. If you request an evidentiary hearing as referenced above, **you may also request an informal settlement conference pursuant to A.R.S. § 41-1092.06.** If a hearing is not requested within the time provided by the statute, the revocation will stand.

If you have any further concerns regarding this issue, you may contact Holly Textor at 602-542-6181.

Sincerely,

Joann Cota

Joann Cota, Assistant Director
Business Services Division


Cc:    Attorney General's Office
        Notary File

**EXHIBIT C**

**NEWSPAPER ARTICLE**

**WHO OWNS YOUR HOME?**

**LOST PAPER TRAIL ALLOWS BORROWER TO KEEP HER HOUSE**



**DailyFinance**
BETA
an AOL money & finance site

# Who owns your home? Lost paper trail allows borrower to keep her house

**David Schepp**
Oct 27th 2009 at 4:15PM
Text SizeAAA

Filed under: **Economy, People**



0
tweets
tweet

Artville

Those complex financial instruments known as mortgage-backed securities, which famously caused so much damage in the banking sector and the nation's economy when the housing bubble burst, are causing another problem for some mortgage lenders: the inability to prove that they have a legitimate claim to homes entering foreclosure.

This little problem led to a curious scene in White Plains, N.Y., federal court earlier this month when Judge Robert D. Drain eliminated more than $460,000 in mortgage debt on a delinquent borrower's property after PHH Mortgage failed to prove its claim to the property, as reported by *The New York Times*. In essence, the judge's ruling made the mortgage disappear.

So how was it that the mortgage company was unable to prove its claim? It goes back to those pesky mortgage-backed securities. Their structures are so complex that it's unclear what's in them. During the mortgage boom, untold numbers of them were bundled and sold to scads of investors, but, according to the *Times*, notes that left a trail, proving who owned what, weren't maintained.

Citing court records, the *Times* reports the case involved an unnamed homeowner living with her daughter and son-in-law. The borrower purchased the home in 2001 with a mortgage from Wells Fargo (**WFC**), and then refinanced the loan four-and-a-half years later with Mortgage World Bankers Inc.

But she fell behind in her payments and in February filed for Chapter 13 bankruptcy with the help of an attorney, to prevent the loss of her home.

In March, PHH Mortgage filed a proof of claim to the debt noting that it was owed $461,263, which included more than $30,000 in past-due payments. The homeowner's lawyer sought to have the loan modified, but after the bank dragged its feet, as the lawyer described PHH's actions to the *Times*, the lawyer asked PHH to prove its claim.

# EXHIBIT D

## LETTER FROM BURCH & CRACCHIOLO, P.A.

ATTORNEY STEVEN J. LIPPMAN INFORMED ME THAT HIS FIRM HAD BEEN RETAINED BY <u>MY</u> TITLE INSURANCE COMPANY LAWYERS TITLE.

THE LAW FIRM CLAIMS THE FORGED DEED OF TRUST IS NOW HELD BY WASHINGTON MUTUAL BANK.

THE LAW FIRM WAS REPRESENTING WASHINGTON MUTUAL BANK AND THAT IN ITSELF IS ILLEGAL FOR LAWYERS TITLE INSURANCE TO DO SINCE THE TITLE INSURANCE WAS PURCHASED BY ME AND ONLY COVERED SIERRA PACIFIC MORTGAGE SERVICE AND MYSELF.

**BURCH & CRACCHIOLO, P.A.**
ATTORNEYS AT LAW

MAILING ADDRESS
P.O. BOX 16882
PHOENIX, ARIZONA 85011

702 EAST OSBORN ROAD
SUITE 200
PHOENIX, ARIZONA 85014
(602) 274-7611
FAX (602) 234-0341

Steven J. Lippman
(602) 234-8781

January 23, 2008

VIA CERTIFIED AND REGULAR MAIL
Linda C. Liddicoat
TRUSTEE OF THE LINDA LIDDICOAT LIVING TRUST
5357 East Lindstrom Lane
Mesa, Arizona 85215

and

Linda C. Liddicoat
TRUSTEE OF THE LINDA LIDDICOAT LIVING TRUST
P.O. Box 20043
Mesa, Arizona 85277-0043

Re:   Property located at 5357 East Lindstrom Lane, Mesa, Arizona 85215
       Washington Mutual Bank Loan Number 530-056541
       Deed of Trust 2006-1564833

Dear Ms. Liddicoat:

I am an attorney with the law firm of Burch & Cracchiolo, P.A. This firm has been retained by Lawyers Title with respect to the deed of trust that you entered into with Sierra Pacific Mortgage Services, Inc. on the above-mentioned real property. You signed the deed of trust individually and it was recorded on November 30, 2006 with the Maricopa County Recorder's Office, Recording No. 2006-1564833 ("the Deed of Trust"). The Deed of Trust is now held by Washington Mutual.

1

# EXHIBIT E-A

## COPY OF THE FIRST FORECLOSURE WHICH WAS HANDLED BY STEVEN J. LIPPMAN. FORECLOSURE WAS ON 10-20-2008

.

**SECURITY TITLE AGENCY**

RECORDING REQUESTED BY
CALIFORNIA RECONVEYANCE COMPANY

AND WHEN RECORDED MAIL TO

CALIFORNIA RECONVEYANCE COMPANY
9200 Oakdale Avenue
Mail Stop: N 11 06 12
Chatsworth, CA 91311
800-692-6902

*[handwritten annotations in top right: "Unofficial Document"]*

---

Space above this line for recorder's use only

Title Order No. 14-72942 Trustee Sale No. 128774AZ  Loan No. 5304056541

## NOTICE OF TRUSTEE'S SALE

The following legally described trust property will be sold, pursuant to the power of sale under that certain Deed of Trust Recorded 11/30/2006, Book , Page , Instrument 20061564833 in the records of MARICOPA. County, Arizona, at public auction to the highest bidder at AT THE MAIN ENTRANCE OF THE SUPERIOR COURT BUILDING, 201 WEST JEFFERSON, PHOENIX, AZ, on 01/20/2009 at 02:00 PM of said day.

Legal description: : LOT 1044, APACHE WELLS MOBILE PARK UNIT FOUR-A, A SUBDIVISION RECORDED IN BOOK 138 OF MAPS, PAGE 5, RECORDS OF MARICOPA COUNTY, ARIZONA.

Tax Parcel Number: 141-80-300
The Deed of Trust and/or Beneficiary provides the following purported property location:
    5357 EAST LINDSTROM LANE
    MESA, AZ 85215

The original principal balance of the note is $196,000.00. Trustee will accept only cash or cashier's check for reinstatement or price bid payment. Reinstatement payment must be paid before 5:00 p.m. on the last day other than a Saturday or legal holiday before the date of sale. The purchaser at the sale, other than the beneficiary to the extent of his credit bid, shall pay the price bid no later than 5:00 p.m. of the following day, other than a Saturday or legal holiday.

NAME AND ADDRESS OF ORIGINAL TRUSTOR: LINDA C. LIDDICOAT, A WIDOW 5357 EAST LINDSTROM LANE MESA, AZ 85215

NAME AND ADDRESS OF PRESENT BENEFICIARY: JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, 7301 BAYMEADOWS WAY JACKSONVILLE, FL 32256

NAME AND ADDRESS OF CURRENT TRUSTEE: CALIFORNIA RECONVEYANCE COMPANY , 9200 Oakdale Avenue N 110612 Chatsworth, CA 91311, 800 892-6902

*[handwritten annotations at bottom, illegible]*

20080902915

Title Order No. 14-72942 <u>Trustee Sale No. 128774AZ</u> Loan No 5304056541

*Manner of Qualification: a corporation all the stock of which is owned by or held solely for the benefit of a national bank, pursuant to ARS 33-803(A)(5) and (6).*
*Name of trustee's regulator: Office of the Comptroller of the Currency*

Date: 10/20/08

CALIFORNIA RECONVEYANCE COMPANY, as Trustee
Sale Information (714) 573-1965 or www.priorityposting.com

COLLEEN IRBY, ASSISTANT SECRETARY

> CALIFORNIA RECONVEYANCE COMPANY IS A DEBT COLLECTOR ATTEMPTING TO
> COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

On 10/20/08 before me, LOREN LOPEZ, "Notary Public" personally appeared <u>COLLEEN IRBY</u>, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

Unofficial Document

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Loren Lopez_____ (Seal)

LOREN LOPEZ
Commission # 1812960
Notary Public - California
Los Angeles County
My Comm. Expires Sep 12, 2012

# EXHIBIT E-B

**COPY OF THE SECOND FORECLOSURE WHICH WAS HANDLED BY TIFFANY & BOSCO A COLLECTION AGENCY PHONE 602-255-6000. FORECLOSURE WAS ON 02/03/2009 TO FEDERAL HOME LOAN MORTGAGE CORP.**

**CALIFORNIA RECONEYANCE COMPANY IS OWNED BY JP MORGAN/CHASE BANK WHO JUST HAPPEN TO DO THE SECOND FORECLOSURE.**

SECURITY TITLE AGENCY

WHEN RECORDED MAIL TO:

California Reconveyance Company
PO Box 6200
Northridge, CA 91328-6200

MAIL TAX STATEMENTS TO:

Washington Mutual Bank
7255 Baymeadows Way
Jacksonville, FL 32256
Mail Stop: JAXB2007

OFFICIAL RECORDS OF
# Unofficial
# Document

Space above this line for recorder's use only

Title Order No. 14-72942   Trustee Sale No. 128774AZ Loan No. 5304056541

## TRUSTEE'S DEED UPON SALE

The undersigned grantor declares:

1) The Grantee herein was the foreclosing beneficiary.
2) The amount of the unpaid debt together with costs was   $223,954.68
3) The amount paid by the grantee at the trustee sale was   $195,000.00
4) The documentary transfer tax is  $
5) Said property is in MESA – A.P.N. 141-80-300

**Affidavit Exempt Pursuant to**
**ARS 11-1134 B-1**

and CALIFORNIA RECONVEYANCE COMPANY, herein called "Trustee", as Trustee (or as Successor Trustee) of the Deed of Trust hereinafter described, hereby grants and conveys, but without covenant or warranty, express or implied, to **Federal Home Loan Mortgage Corporation** herein called "Grantee", the real property in the County of MARICOPA, State of Arizona, described as follows: LOT 1044, APACHE WELLS MOBILE PARK UNIT FOUR-A, A SUBDIVISION RECORDED IN BOOK 138 OF MAPS, PAGE 5, RECORDS OF MARICOPA COUNTY, ARIZONA.

This deed is made pursuant to the authority and powers given to Trustee (or to Successor Trustee) by law and by that certain Deed of Trust dated 11/21/2006 and made by LINDA C. LIDDICOAT, A WIDOW as Trustor(s), to PREMIER TITLE GROUP as Trustee, and CALIFORNIA RECONVEYANCE COMPANY is Successor Trustee, in which said Deed of Trust MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., (MERS), SOLELY AS NOMINEE FOR LENDER, SIERRA PACIFIC MORTGAGE SERVICES, INC. (FN), IT'S SUCCESSORS AND ASSIGNS is Beneficiary, said Deed of Trust being Recorded 11/30/2006, Book , Page , Instrument 20061564833 in the office of the County Recorder of MARICOPA County, Arizona, Trustee (or Successor Trustee) having complied with all applicable statutory provisions and having performed all of his duties under the said Deed of Trust.

All requirements of law and of said Deed of Trust relating to this sale and to notice thereof having been complied with. Pursuant to the Notice of Trustee's Sale, the above described property was sold by Trustee (or Successor Trustee) at public auction on 02/03/2009 at the place specified in said Notice, to Grantee who was the highest bidder therefor, for $195,000.00 cash, in lawful money of the United States, which has been paid.

Date: 2/5/09

CALIFORNIA RECONVEYANCE COMPANY, as Trustee

Karime Arias, Assistant Secretary

**2**

20090132196

Title Order No. 14-72942   Trustee Sale No. 128774AZ Loan No. 5304056541

STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

On 2/5/09 before me, SIERRIE HERRADURA , "Notary Public," personally appeared <u>KARIME ARIAS</u> , who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature  (Seal)

Unofficial Document

SIERRIE HERRADURA
Commission # 1792714
Notary Public — California
Los Angeles County
My Comm. Expires Mar 3, 2012

1